**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

ARTHUR STEPHEN BARFIELD, :
:
    Plaintiff, :
:
v. : 1:05-CV-84 (WLS)
:
SHERIFF JAMIL SABA, et. al., :
:
    Defendants. :
:

## ORDER

    Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge, filed December 11, 2006, recommending that Defendants' Motions to Dismiss (Docs. 33, 37, 38) be denied. (Doc. 57). No objection has been filed.

    Upon full review and consideration upon the record, the Court finds that the Report and Recommendation (Doc. 57) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Defendants Jamil Saba and Dan Haggerty's Motion to Dismiss (Doc. 33) is **DENIED**, Defendant Peggy Chester's Motion to Dismiss (Doc. 37) is **DENIED**; and Defendant Peggy Chester's Motion to Dismiss (Doc. 38) is **DENIED**.

    **SO ORDERED**, this  5th  of January, 2007.

                                                   /s/W. Louis Sands
                                             **THE HONORABLE W. LOUIS SANDS,
                                             UNITED STATES DISTRICT JUDGE**