IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

ARTHUR STEPHEN BARFIELD, :
　　　　　　　　　　　　　　　　　:
　　　Plaintiff, :
　　　　　　　　　　　　　　　　　:
v. : 1:05-CV-84 (WLS)
　　　　　　　　　　　　　　　　　:
Sheriff JAMIL SABA, PEGGY CHESTER, :
and DAN HAGGERTY, :
　　　　　　　　　　　　　　　　　:
　　　Defendants. :
_____ :

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge, filed January 8, 2008. (Doc. 95). It is recommended that Defendants' Motions for Summary Judgment (Docs. 68, 84) be granted. *Id.* No objection has been filed.

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 95) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Defendants' Motions for Summary Judgment (Doc. 68, 84) is **GRANTED**. Also, Defendant Peggy Chester's Motion to Amend/Correct (Doc. 81) is **DENIED as moot.**

　　　**SO ORDERED**, this   4th   day of March, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　 /s/W. Louis Sands
　　　　　　　　　　　　　　　　　　　　　　　　**THE HONORABLE W. LOUIS SANDS,**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

1